**Fill in this information to identify the case:**

Debtor 1: Dorian Deaver

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of MI
(State)

Case number: 20-50981-sjs

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, et al

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 3938

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 11/17/20 (Plan Review: $350); 12/18/20 (POC: $600) | (5) | $ 950.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 1

Debtor 1  Dorian Deaver                                    Case number (if known) 20-50981-sjs
         First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michelle R. Ghidotti-Gonsalves            Date  03 / 23 / 2021
   Signature

Print:    Michelle R. Ghidotti-Gonsalves             Title  AUTHORIZED AGENT
          First Name   Middle Name   Last Name

Company   Ghidotti Berger LLP

Address   1920 Old Tustin Ave
          Number         Street
          Santa Ana, CA 92705
          City           State    ZIP Code

Contact phone  ( 949 ) 427 – 2010          Email  bknotifications@ghidottiberger.com

INVOCE COPY
*LAW OFFICES*
## MCCALLA RAYMER LEIBERT PIERCE
A LIMITED LIABILITY COMPANY

1544 Old Alabama Road
Roswell, GA 30076

TELEPHONE: 770-643-7200
TELEFAX: 770-396-8422
TOLL FREE: 1-800-275-7171
11/19/2020

**ATTENTION:**
Bankruptcy Department
Fay Servicing

| | |
|---|---|
| Invoice Number : | BR-1632510 |
| Re : | Dorian Deaver |
| Loan Number : | ▓▓▓▓▓▓▓ |
| Bankruptcy Case No : | 20-50981 |
| State : | MI |
| District : | Eastern |
| Division : | Detroit |
| Chapter : 13 | Filed: 10/26/2020 |
| MRLP File Number : | FAY-20-06190 |
| Property Address : | 3760 BURNHAM RD |
| | Ann Arbor, MI 48108 |
| Investor : | NOMURA |
| Investor Loan No : | 351808360 |
| Loan Type : | CONV |

**Tax ID No.** ▓▓▓▓▓▓▓

**FEES**

| Plan Review (Recoverable) | | | | 350.00 |
|---|---|---|---|---|
| 11/17/2020 | BRTMP2240726 | MRP0011 | 1.136 | |
| | | | **Fee Subtotal:** | **350.00** |

**Total Amount Due:** 350.00

---

**Notice Pursuant to G.R.P.C 1.5(e)**

Please be advised that this firm may engage counsel that is not a member of this firm to assist in providing legal representation on your behalf, and, in doing so may apportion the total fee received with such counsel in proportion to the services performed by each law firm.
If you are not agreeable to such potential division of fees, you must notify McCalla Raymer Leibert Pierce by sending an email to BKBilling@mccalla.com within five (5) days of date of receipt of the enclosed invoice.

**NewInvoice**

*LAW OFFICES*
## MCCALLA RAYMER LEIBERT PIERCE
A LIMITED LIABILITY COMPANY

1544 Old Alabama Road
Roswell, GA 30076

TELEPHONE: 770-643-7200
TELEFAX: 770-396-8422
TOLL FREE: 1-800-275-7171

12/18/2020

**ATTENTION:**
Bankruptcy Department
Fay Servicing

| Field | Value |
|---|---|
| Invoice Number | BR-1636971 |
| Re | Dorian Deaver |
| Loan Number | ▇▇▇▇▇▇ |
| Bankruptcy Case No | 20-50981 |
| State | MI |
| District | Eastern |
| Division | Detroit |
| Chapter | 13   Filed: 10/26/2020 |
| MRLP File Number | FAY-20-06190 |
| Property Address | 3760 BURNHAM RD, Ann Arbor, MI 48108 |
| Investor | NOMURA |
| Investor Loan No | 351808360 |
| Loan Type | CONV |

**Tax ID No.** ▇▇▇▇▇▇

| Description | Date | Ref | Code | Hours | Amount |
|---|---|---|---|---|---|
| PROOF OF CLAIM (RECOVERABLE) | | | | | 600.00 |
| | 12/18/2020 | BRTMP2249759 | MRP0011 | 1.12 | |

**Fee Subtotal:** 600.00

**Total Amount Due:** 600.00

**Notice Pursuant to G.R.P.C 1.5(e)**

Please be advised that this firm may engage counsel that is not a member of this firm to assist in providing legal representation on your behalf, and, in doing so may apportion the total fee received with such counsel in proportion to the services performed by each law firm.
If you are not agreeable to such potential division of fees, you must notify McCalla Raymer Leibert Pierce by sending an email to BKBilling@mccalla.com within five (5) days of date of receipt of the enclosed invoice.

NewInvoice

# CERTIFICATE OF SERVICE

On March 23, 2021, I served the foregoing documents described as Notice of Postpetition Mortgage Fees, Expenses, and Charges on the following individuals by electronic means thorugh the Court's ECF program:

COUNSEL FOR DEBTOR  
William D. Johnson  
filing@acclaimlegalservices.com

COUNSEL FOR DEBTOR  
Christopher W. Jones  
filing@acclaimlegalservices.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Michaela Rice  
Michaela Rice

On March 23, 2021, I served the foregoing documents described as Notice of Postpetition Mortgage Fees, Expenses, and Charges on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR  
Dorian Deaver  
3760 Burnham  
Ann Arbor, MI 48108

CHAPTER 13 Trustee  
David Wm Ruskin  
26555 Evergreen Rd Ste 1100  
Southfield, MI 48076-4251

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Michaela Rice  
Michaela Rice